```
                                           FILED: July 1, 2010

               UNITED STATES COURT OF APPEALS
                   FOR THE FOURTH CIRCUIT

                    _____

                        No. 10-4715
                   (8:08-cr-00628-GRA-15)
                    _____
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JAIME PADRON-YANEZ

        Defendant - Appellant

```
                    _____

                         O R D E R
                    _____
```

The Court appoints Bruce Alfred Byrholdt to represent Jaime Padron-Yanez. Counsel is referred to the memorandum on **Payment of Counsel Appointed under the Criminal Justice Act** for information on obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records.

Counsel not yet registered for electronic filing should proceed to the Court's web site to register as an ECF filer, **www.ca4.uscourts.gov/cmecftop.htm**.

          For the Court--By Direction

          <u>/s/ Patricia S. Connor, Clerk</u>